IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DISTRICT

| | | |
|---|---|---|
| TEAM KENNEDY, LIBERTARIAN PARTY OF ILLINOIS, ROBERT F. KENNEDY, JR., WILLIAM REDPATH, and ANGEL OAKLEY, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 24-cv-7027 |
| ILLINOIS STATE BOARD OF ELECTIONS, and BERNADETTE MATTHEWS, in her official capacity as the Executive Director of the Illinois State Board of Elections, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## MOTION TO WITHDRAW MOTION TO INTERVENE

Proposed Intervenors, JOSEPH MULLEN DUFFY and ZACH KOUTSKY ("Proposed Intervenors") through their attorneys, Burton S Odelson, Ross D. Secler, and Jayman A. Avery III of Odelson, Murphey, Frazier, and McGrath Ltd., and Steven M. Laduzinsky of Laduzinsky & Associates, Ltd., move pursuant to Fed. R. Civ. P. 7(b)(1) to withdraw their Motion to Intervene in this case. In support of the instant Motion, Proposed Intervenors state as follows:

1. On July 1, 2024, Proposed Intervenors filed an Objectors' Petition, pursuant to Section 10-8 of the Illinois Election Code (10 ILCS 5/10-8), to the nomination papers of Robert F. Kennedy ("Kennedy") and Nicole Shanahan ("Shanahan"), (collectively "Candidates") who submitted their nomination papers to have their names appear on the Illinois ballot for the office of President of the United States and Vice President of the United States, respectively, at the General Election to held on November 5, 2024.

2. The Objectors' Petition was filed before the Illinois State Board of Elections (sitting *ex officio* as the State Officers Electoral Board), which is authorized to hear and pass upon the Objectors' Petition. Beginning on July 9, 2024, when the initial case status hearing before the Electoral Board was held, extensive pleadings were exchanged by Proposed Intervenors (Objectors therein) and

Candidates through their respective counsels, depositions were taken, and the matter proceeded to an extensive evidentiary hearing.

3. Before the conclusion of the Electoral Board matter, Plaintiffs filed this case on August 9, 2024. On August 12, 2024, Proposed Intervenors filed their Motion to Intervene in this case. On August 23, 2024, Candidates announced that they were suspending their campaign. Also on August 23, 2024, the Electoral Board issued its Decision and found in favor of Candidates, and Proposed Intervenors filed a Petition for Judicial Review in state court. On September 19, 2024, the Circuit Court of Cook County overruled Proposed Intervenors' Petition for Judicial Review and ruled in favor of Candidates.

4. The matters pending before this Court are likely moot, but, more importantly, Proposed Intervenors do not intend to go forward with further litigation or be active participants in this matter.

**WHEREFORE**, Proposed Intervenors, JOSEPH MULLEN DUFFY and ZACH KOUTSKY, respectfully request this Honorable Court to grant them leave to withdraw their Motion to Intervene in this matter and grant such other and further relief that is warranted.

Respectfully Submitted,

By: /s/ *Burton S. Odelson*
Burton S. Odelson, One of Intervenors' Attorneys

Steven M. Laduzinsky (6193407)
LADUZINSKY & ASSOCIATES, P.C.
216 S. Jefferson Street, Suite 301
Chicago, Illinois 60661
sladuzinsky@laduzinsky.com
admin@laduzinsky.com
Phone: (312) 424-0700

Burton S. Odelson (2090457)
Ross D. Secler (6313944)
Jayman A. Avery III (6192261)
ODELSON, MURPHEY, FRAZIER & McGRATH, LTD.
3318 W. 95TH Street
Evergreen Park, 60805
elections@omfmlaw.com
Phone: (708) 424-5678

2