UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
Eastern Division

Team Kennedy, et al.
                              Plaintiff,
v.                                                 Case No.: 1:24−cv−07027
                                                   Honorable John F. Kness
Illinois State Board of Elections, et al.
                              Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 6, 2024:

    MINUTE entry before the Honorable John F. Kness: In−person status hearing held 12/5/2024. For the reasons stated on the record, Plaintiff's motion for preliminary injunction [2] is dismissed as moot. Motion by counsel for leave to appear pro hac vice [7] is granted. Plaintiff is given leave to file an amended complaint on or before 1/17/2025. Defendants' answer to the amended complaint on or before 2/14/2025. A telephonic tracking status is set for 2/20/2025 at 9:30 A.M. The parties are to use the following call−in number: 1−855−244−8681, Access Code: 2315 003 3696. The public and media representatives may have access to the hearing via the same number. Audio recording of the hearing is not permitted; violations of this prohibition may result in sanctions. Participants are directed to keep their device muted when they are not speaking. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.