## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| TEAM KENNEDY, LIBERTARIAN PARTY OF ILLINOIS, ROBERT F. KENNEDY JR., WILLIAM REDPATH, AND ANGEL OAKLEY, <br><br> Plaintiffs, <br><br> v. <br><br> ILLINOIS STATE BOARD OF ELECTIONS, and BERNADETTE MATTHEWS, in her official capacity as the Executive Director of the Illinois State Board of Elections, <br><br> Defendants. | ) ) ) ) ) ) No. 24-cv-7027 ) ) ) Judge John F. Kness ) ) ) ) ) ) ) ) ) ) |

### DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE SECOND AMENDED COMPLAINT

Defendants, the Illinois State Board of Elections and Bernadette Matthews, respectfully request that this Court grant them a 21-day extension of time, until March 7, 2025, to answer or otherwise respond to the Second Amended Complaint. In support of this unopposed motion, Defendants state as follows:

1. Plaintiffs filed their First Amended Complaint on January 17, 2025 (Dkt. 28), and then filed a motion to correct that complaint on January 19, 2025 (Dkt. 29), which was granted on January 28, 2025. Dkt. 30. Plaintiffs then filed their Second Amended Complaint on January 28, 2025. Dkt. 31. Defendants' answer or responsive pleading is due February 14, 2025. Dkt. 26.

2. However, since January 17, Defendants' counsel has had to make two trips out of state recently to deal with a family medical emergency. Moreover, Defendants' counsel will be on bereavement leave from February 11 through February 20, 2025.

3. Under the circumstances, Defendants respectfully request a 21-day extension, until March 7, 2025, to answer or otherwise respond to the Second Amended Complaint.

4. Counsel for Plaintiffs does not object to this extension request.

5. This motion is brought in good faith and no prejudice will result to the Plaintiffs by the granting of this motion.

Wherefore, Defendants respectfully request that this Court grant their unopposed motion for an extension of time until March 7, 2025 to answer or otherwise respond to Plaintiffs' Second Amended Complaint.

|  |  |
|---|---|
|  | Respectfully submitted, |
| KWAME RAOUL<br>Attorney General of Illinois | /s/ Sarah H. Newman<br>Sarah H. Newman<br>Assistant Attorney General<br>Office of the Illinois Attorney General<br>Government Representation Division<br>115 South LaSalle Street<br>Chicago, Illinois 60603<br>312-814-6131<br>sarah.newman@ilag.gov<br><br>*Counsel for Defendants* |