# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Team Kennedy, et al.

                            Plaintiff,

v.                                                         Case No.: 1:24–cv–07027

                                                               Honorable John F. Kness

Illinois State Board of Elections, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 16, 2025:

      MINUTE entry before the Honorable John F. Kness: Plaintiffs' unopposed motion [44] for a second extension of time is denied. First off, FRCP 6(b) requires a showing of good cause for any extension of time. But where, as here, the due date has expired (Plaintiffs' response was due 5/12/2025), the movant must also show excusable neglect. Plaintiffs' present, taciturn motion addresses neither of these standards. Second, the present motion is internally inconsistent: Plaintiffs first ask for a 21–day extension, then, in the prayer for relief, they ask for 30 days. In view of these deficiencies, the motion is denied. If Plaintiffs wish to renew their motion, they must correct the errors discussed above or risk losing the ability to respond substantively to the motion to dismiss. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.