IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TEAM KENNEDY, LIBERTARIAN PARTY : <br> OF ILLINOIS, ROBERT F. KENNEDY JR., : <br> WILLIAM REDPATH, and ANGEL OAKLEY: <br>   : <br>   Plaintiffs,   : <br>   : <br> vs.   : <br>   : <br> ILLINOIS STATE BOARD OF ELECTIONS,: <br> and, BERNADETTE MATTHEWS, in her   : <br> official capacity as the Executive Director of <br> the Illinois State Board of Elections,   : <br>   : <br>   Defendants. | Civil Action No. 24 CV 7027 <br><br> Honorable John Kness <br><br> Magistrate Judge Jeannice |

**Plaintiffs' Renewed, Unopposed Motion for an Enlargement of Time**

Now come the Plaintiffs, Team Kennedy, Libertarian Party of Illinois, Robert F. Kennedy Jr., William Redpath and Angel Oakley, and Pray this Honorable Court for an Enlargement of the briefing schedule on Defendants' Motion to Dismiss for an additional twenty-one (21) days.

The undersigned apologizes to this Honorable District Court for the typographical error and the taciturn intonation of the earlier Motion, and for hi neglect. The undesigned planned to ask for an extension at the hearing; when learning about the cancellation of the status hearing, the undersigned consulted with opposing counsel. The undersigned has had health challenges that have affected his vision and other more personal health issues best visited *in camera*. Thus the undersigned was preoccupied. The undersigned then, frankly, forgot to file the Motion until today.

The conditions necessitating this Motion are as follows:

Defendants' Motion to Dismiss, with its oversized brief, not objected to by Plaintiffs, is quite comprehensive, containing approximately fifty-nine case citations; moreover, Defendant obtained unopposed extension of the original briefing schedule.

The undersigned and co-counsel have devoted a great deal of effort into the Response, but still need more time to appropriately address Defendant's arguments.

The undersigned sincerely regrets his lapses, and again apologizes to this Honorable District Court.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully request that this Court extend the briefing schedule on Defendants' Motion to Dismiss for an additional twenty-one (21) days.

Respectfully submitted,

Dated: May 16, 2025

**/s/ Christopher D. Kruger**_____
Law Office of Christopher Kruger
2022 Dodge Avenue
Evanston, IL 60201
847.420.1763
chris@kruger-law.com

Paul A. Rossi, Esq.
IMPG Advocates
*Counsel for Plaintiffs*
316 Hill Street
Suite 1020
Mountville, PA 17554
717.961.8978

Paul-Rossi@comcast.net

Andrew Finko PC
79 W. Monroe Street, Suite 1213
Chicago, IL 60603
Tel (773) 480-0616
Fax (773) 453-3266
FinkoLaw@fastmail.FM

**Certificate of Service**

 I, the undersigned attorney, certify that on May 16, 2025, I electronically filed the foregoing filing with the Clerk of the District Court using the CM/ECF system on May 16, 2025 which sends an email with a download link of this filing to all counsel of record.

    /s/ Christopher D. Kruger