**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Team Kennedy, et al.
                      Plaintiff,

v.                                    Case No.: 1:24–cv–07027
                                    Honorable John F. Kness

Illinois State Board of Elections, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 2, 2025:

      MINUTE entry before the Honorable John F. Kness: Defendants' Motion for Leave to Supplement Their Motion to Dismiss [59] is granted. Defendants are directed to file the supplement as a separate entry on the docket. Plaintiffs are given leave to file a response to the supplement of equivalent length on or before 9/19/2025. The proposed briefing schedule at Docket [60] is vacated. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.