IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TEAM KENNEDY, LIBERTARIAN PARTY OF ILLINOIS, ROBERT F. KENNEDY JR., WILLIAM REDPATH, and ANGEL OAKLEY<br><br>Plaintiffs,<br><br>vs.<br><br>ILLINOIS STATE BOARD OF ELECTIONS, and BERNADETTE MATTHEWS, in her official capacity as the Executive Director of the Illinois State Board of Elections,<br><br>Defendants. | No. 24-cv-07027<br><br>Honorable John Kness<br><br>Magistrate Judge Jeannice W. Appenteng |

PLAINTIFFS' *ERRATA* SHEET TO THEIR "RESPONSE," DOC. 64

Due to a transcription error, the following excerpt was inadvertently omitted from a footnote in Doc. 64 at pg. 6, ln 5. Instead of the singular cite to the *Majors'* case, the footnote to the passage should read:

"<u>Flexible</u>: *Cath. Leadership Coal. of Tex. v. Reisman*, 764 F.3d 409, 422 (5th Cir. 2014); *Lawrence v. Blackwell*, 430 F.3d 368 (6th Cir. 2005); *Majors v. Abell*, supra, 317 F.3d 719 (7th Cir. 2003); *Schaefer v. Townsend*, 215 F.3d 1031 (9th Cir. 2000). *Vote Choice, Inc. v. DiStefano*, 4 F.3d 26, 37 n.12 (1st Cir. 1993); *Merle v. United States*, 351 F.3d 92 (3d Cir. 2003); *North Carolina Right to Life Committee Fund for Independent Political Expenditures v. Leake*, 524 F.3d 427, 435 (4th Cir. 2008); *Parker v. Winter*, 645 F. App'x 632, 634 (10th Cir. 2016).
<u>Rigid</u>: *Van Wie v. Pataki*, 267 F.3d 109 (2d Cir. 2001); *Whitfield v. Thurston*, 3 F.4th 1045 (8th Cir. 2021); *Graham v. Attorney General, Georgia*, 110 F.4th 1239, 1240 (11th Cir. 2024); *Holmes v. Federal Election Commission,* 823 F.3d 69 (D.C. Cir. 2016)."

Plaintiffs regret their error and apologize to the Court and opposing counsel.

Respectfully,

/s/ Christopher D. Kruger

Law Office of Christopher Kruger
2022 Dodge Avenue
Evanston, IL 60201
847.420.1763
chris@kruger-law.com

/s/ Andrew Finko
875 N. Michigan Ave.
Suite 3100
Chicago, IL 60611
(773) 480-0616
Finkolaw @ Fastmail. FM

**Service List:**

**All parties of record via ECF filing system.**

**s/ Christopher D. Kruger**