# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Team Kennedy, et al.

                                        Plaintiff,

v.                                                                         Case No.: 1:24–cv–07027

                                                                              Honorable John F. Kness

Illinois State Board of Elections, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 11, 2025:

        MINUTE entry before the Honorable John F. Kness: In−person motion hearing held on 12/11/2025. Oral argument heard on Defendants' motion to dismiss [37]. The motion is taken under advisement. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.